**MADE JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN EXPRESS CENTURION BANK, | CASE NO.: CV 09-3775-GW(FFMx) |
| *Plaintiff,* | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| vs. | |
| COURTNEY LOVE COBAIN, | |
| *Defendants.* | |

GOOD CAUSE appearing therefore,

IT IS HEREBY ORDERED that the above-captioned action, including all counterclaims, be dismissed, with prejudice. Each party shall bear their own attorneys' fees and costs associated with this aciton.

DATED: February 28, 2011

*/s/ George H. Wu*
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT COURT JUDGE

1